# United States Bankruptcy Court
## District of Arizona

In re **CHRISTINA DUFFEY**, Debtor(s)

Case No. **2:10-bk-10094**
Chapter **13**

## Declaration of Evidence of Employers' Payments Within 60 Days

☐ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

■ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: **11,600.00**.

Debtor, **CHRISTINA DUFFEY**, declares the foregoing to be true and correct under penalty of perjury.

Date **April 8, 2010**

Signature **/s/ CHRISTINA DUFFEY**
**CHRISTINA DUFFEY**
Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com Best Case Bankruptcy

| SUMMARY / SOMMAIRE | GROSS PAY / PAIE BRUTE | DEDUCTIONS / RETENUES | NET PAY / PAIE NETTE |
|---|---|---|---|
| Current / Courant | 2,900.00 | 938.71 | 1,961.29 |
| Year-to-date / Cumul annuel | 11,393.60 | 3,659.73 | 7,733.87 |

| NET PAY ALLOCATION / DÉTAILS DE LA PAIE NETTE | |
|---|---|
| 1,961.29 | DEPOSIT 004 01822 75916361707 |

Employer # E808-2 TAMSTU-HARJON HOLDINGS 488-1210 SHEPPARD E NORTH YORK, ON M2K 1E3

CERIDIAN

**DUFFEY CHRISTINA**

Employee # 1155
100 1155

Department # 100
Employer # E808-2

Period End 2010/01/23

Payday 2010/02/04
Sequence T2621188

STATEMENT OF EARNINGS / BULLETIN DE PAIE

| TYPE | HOURS / HEURES | RATE / TAUX | AMOUNT / MONTANT | Y.T.D. / A JOUR |
|---|---|---|---|---|
| SALARY | | | 2,900.00 | 8,700.00 |
| VAC.PAY | | | | 2,693.60 |
| VAC ACCR | | | 696.00 | |

EMPLOYEE DEDUCTIONS AND EMPLOYER CONTRIBUTIONS / RETENUES DE L'EMPLOYÉ ET COTISATIONS PATRONALES

| TYPE | CURRENT / COURANT | Y.T.D. / A JOUR | TYPE | CURRENT / COURANT | Y.T.D. / A JOUR |
|---|---|---|---|---|---|
| FED.TAX | 664.65 | 2,657.62 | | | |
| E.I. | 50.17 | 197.11 | | | |
| C.P.P. | 136.89 | 544.00 | | | |
| RRSP AT% | 87.00 | 261.00 | | | |

**DUFFEY CHRISTINA**

Employee # 1155
100 1155

Department # 100
Employer # E808-2

Period End 2010/02/06

Payday 2010/02/18
Sequence T3438735

| STATEMENT OF EARNINGS BULLETIN DE PAIE | | | | |
|---|---|---|---|---|
| TYPE | HOURS HEURES | RATE TAUX | AMOUNT MONTANT | Y.T.D. A JOUR |
| SALARY | | | 2,030.00 | 10,730.00 |
| VAC.PAY | | | 870.00 | 3,563.60 |
| VAC ACCR | | | -11.60 | |

| EMPLOYEE DEDUCTIONS AND EMPLOYER CONTRIBUTIONS RETENUES DE L'EMPLOYE ET COTISATIONS PATRONALES | | | | | |
|---|---|---|---|---|---|
| TYPE | CURRENT COURANT | Y.T.D. A JOUR | TYPE | CURRENT COURANT | Y.T.D. A JOUR |
| FED.TAX | 664.65 | 3,322.27 | | | |
| E.I. | 50.17 | 247.28 | | | |
| C.P.P. | 136.89 | 680.89 | | | |
| RRSP AT% | 87.00 | 348.00 | | | |

| SUMMARY SOMMAIRE | GROSS PAY PAIE BRUTE | DEDUCTIONS RETENUES | NET PAY PAIE NETTE |
|---|---|---|---|
| Current Courant | 2,900.00 | 938.71 | 1,961.29 |
| Year-to-date Cumul annuel | 14,293.60 | 4,598.44 | 9,695.16 |

| NET PAY ALLOCATION DETAILS DE LA PAIE NETTE |
|---|
| 1,961.29 DEPOSIT 004 01822 75916361707 |

Employer # E808-2 TAMSTU-HARJON HOLDINGS 488-1210 SHEPPARD E NORTH YORK, ON M2K 1E3

CERIDIAN

| SUMMARY / SOMMAIRE | GROSS PAY / PAIE BRUTE | DEDUCTIONS / RETENUES | NET PAY / PAIE NETTE |
|---|---|---|---|
| **Current / Courant** | 2,900.00 | 938.71 | 1,961.29 |
| **Year-to-date / Cumul annuel** | 17,193.60 | 5,537.15 | 11,656.45 |

NET PAY ALLOCATION / DETAILS DE LA PAIE NETTE

1,961.29 DEPOSIT 004 01822 75916361707

Employer # E808-2 TAMSTU-HARJON HOLDINGS 488-1210 SHEPPARD E NORTH YORK, ON M2K 1E3

CERIDIAN

**DUFFEY CHRISTINA** Employee # 1155 100 1155 Department # 100 Employer # E808-2 Period End 2010/02/20 Payday 2010/03/04 Sequence T4354069

STATEMENT OF EARNINGS / BULLETIN DE PAIE

| TYPE | HOURS / HEURES | RATE / TAUX | AMOUNT / MONTANT | Y.T.D. / A JOUR |
|---|---|---|---|---|
| SALARY | | | 2,900.00 | 13,630.00 |
| VAC.PAY | | | | 3,563.60 |
| VAC ACCR | | | 220.40 | |

EMPLOYEE DEDUCTIONS AND EMPLOYER CONTRIBUTIONS / RETENUES DE L'EMPLOYE ET COTISATIONS PATRONALES

| TYPE | CURRENT / COURANT | Y.T.D. / A JOUR | TYPE | CURRENT / COURANT | Y.T.D. / A JOUR |
|---|---|---|---|---|---|
| FED.TAX | 664.65 | 3,986.92 | | | |
| E.I. | 50.17 | 297.45 | | | |
| C.P.P. | 136.89 | 817.78 | | | |
| RRSP AT% | 87.00 | 435.00 | | | |

| SUMMARY SOMMAIRE | GROSS PAY PAIE BRUTE | DEDUCTIONS RETENUES | [illegible] |
|---|---|---|---|
| Current Courant | 2,900.00 | 938.71 | 1,961.29 |
| Year-to-date Cumul annuel | 20,093.60 | 6,475.86 | 13,617.74 |

| NET PAY ALLOCATION DÉTAILS DE LA PAIE NETTE | |
|---|---|
| 1,961.29 | DEPOSIT 004 01822 75916361707 |

Employer # E808-2 TAMSTU-HARJON HOLDINGS 483-1210 SHEPPARD E NORTH YORK, ON M2K 1E3

CERIDIAN

**DUFFEY CHRISTINA** Employee # 1155 100 1155 Department # 100 Employer # E808-2 Period End 2010/03/06 Payday 2010/03/18 Sequence T4995681

STATEMENT OF EARNINGS BULLETIN DE PAIE

| TYPE | HOURS HEURES | RATE TAUX | AMOUNT MONTANT | Y.T.D. A JOUR |
|---|---|---|---|---|
| SALARY | | | 2,900.00 | 16,530.00 |
| VAC.PAY | | | | 3,563.60 |
| VAC ACCR | | | 452.40 | |

EMPLOYEE DEDUCTIONS AND EMPLOYER CONTRIBUTIONS RETENUES DE L'EMPLOYÉ ET COTISATIONS PATRONALES

| TYPE | CURRENT COURANT | Y.T.D. A JOUR | TYPE | CURRENT COURANT | Y.T.D. A JOUR |
|---|---|---|---|---|---|
| FED.TAX | 684.65 | 4,651.57 | | | |
| E.I. | 50.17 | 347.62 | | | |
| C.P.P. | 136.89 | 954.67 | | | |
| RRSP AT% | 67.00 | 522.00 | | | |